**POST ON FRONT OF BUILDING**

# BUILDING PERMIT

HAS BEEN ISSUED for the erection, repair, or alteration, etc., of this Building, under Permit No. **PM22-1645** For the Address Known As: **1031 SIBLEY BLVD, DOLTON, IL 60419**

DESCRIPTION OF IMPROVEMENT:

**REPLACING ROOF, SHINGLES ARCHITECTUAL FELT PAPER ICE & WATER DRIP EDGES VENT CAPS:**

PLANS, Specifications and Zoning covering the above building have been examined by the Building Commissioner and Zoning Officer, and are in compliance with all Village ordinances and restrictions. In accordance with the Village ordinance on Building Permits, <u>THIS NOTICE MUST BE POSTED IN A CONSPICUOUS PLACE ON THE FRONT OF THE BUILDING</u> above mentioned from the time construction is started until final inspection has been made.

**VILLAGE OF DOLTON**
Dolton, Cook Country, Illinois

Date of Issue **11/28/2022**
Expires **2/28/2023**

